MARLYN REALTY COMPANY, RELATOR, v. TOWN OF WEST ORANGE ET AL., DEFENDANTS.

Submitted January 28, 1927—Decided March 10, 1927.

**Zoning—Mandamus Refused on Ground That There is a Board of Adjustment to Which the Relator Has Not Yet Appealed.**

On rule to show cause for a *mandamus.*

Before Justices PARKER, BLACK and CAMPBELL.

For the relator, *Howe & Davis.*

For the defendants, *Alfred J. Grosso.*

PER CURIAM.

This is a zoning ordinance case. Relator asks a *mandamus* for a permit to build in disregard of the limitations imposed by the ordinance.

It appears that the town of West Orange has a board of adjustment, as contemplated by *Pamph. L.* 1926, *p.* 526, and that relator did not appeal to that board.

Following the decision in *Chancellor Development Corp.* v. *Senior,* 134 *Atl. Rep.* 337; 4 *N. J. Mis. R.* 633, *mandamus* at this stage will be refused and the rule to show cause will be discharged, with costs.

Other similar cases are *Letz & Katz* v. *Ackerman,* 5 *N. J. Mis. R.* 169; *Burg* v. *Ackerman, Id.* 96; *Bilt-Wel Co.* v. *Orange, Id.* 180; *Paramount Realty Co.* v. *Schmitt, Id.* 177.